IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-01475-JLK**

**DINE CITIZENS AGAINST RUINING OUR ENVIRONMENT,
SAN JUAN CITIZENS ALLIANCE**,

    Plaintiffs,

v.

**AL KLEIN, in his official capacity as Western Regional Director, Office of Surface Mining Reclamation and Enforcement, Denver, Colorado,
OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT, a federal agency within the U.S. Department of Interior**,

    Defendants.

_____

**ORDER ON MOTION TO INTERVENE**
_____

Kane, J.

This matter is before me on the Unopposed Motion to Intervene (Doc. 5) filed by Arizona Public Service Company ("APS") on September 21, 2007. Having carefully considered the Motion and all applicable legal authorities, and being fully advised in the premises, I GRANT the Motion and order that APS be permitted to intervene in this action.

As directed by Federal Rule of Civil Procedure 24(c), APS included in its Motion to Intervene its intended Motion to Dismiss and alternative Answer. In order for the

Court to act on either the Motion to Dismiss or Answer, they must be separately filed with the Court.

    IT IS SO ORDERED.

    Dated this 24th day of September, 2007.

                                          s/ John L. Kane
                                          John L. Kane, Senior District Judge
                                          United States District Court