IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-01475-JLK**

**DINE CITIZENS AGAINST RUINING OUR ENVIRONMENT,
SAN JUAN CITIZENS ALLIANCE**,

      Plaintiffs,

v.

**AL KLEIN, in his official capacity as Western Regional Director, Office of Surface Mining Reclamation and Enforcement, Denver, Colorado,
OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT, a federal agency within the U.S. Department of Interior**,

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      Plaintiffs' Unopposed Motion to Temporarily Stay Briefing on Intervenor Arizona Public Service's Motion to Dismiss (doc. 11) is **GRANTED**. Briefing on Arizona Public Service's *Motion to Dismiss* and any additional dispositive motions that may be filed in this matter are stayed until such time that a scheduling order has been proposed by the parties and entered by the Court pursuant to Fed.R.Civ.P. 16.

      This case is set for a scheduling conference on **December 6, 2007 at 10:00 a.m. in Courtroom A802** on the 8th floor of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver. The parties shall submit a Stipulated Scheduling and Discovery Order on or before **November 29, 2007**. (See enclosed instructions for proper formatting of this order. The format of the Proposed Order should follow that included in the attached form of order which is different from those used by magistrate and other judges of this court.)

      Counsel and pro se litigants shall read and strictly adhere to all instructions in the attached "Memorandum from Senior Judge John L. Kane to Counsel re: Pretrial and Trial Procedures". **Particular attention is called to Part V, regarding motions for summary judgment.**

Dated: October 4, 2007