IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-01475-JLK**

**DINE CITIZENS AGAINST RUINING OUR ENVIRONMENT,**
**SAN JUAN CITIZENS ALLIANCE**,

    Plaintiffs,

v.

**AL KLEIN, in his official capacity as Western Regional Director, Office of Surface Mining Reclamation and Enforcement, Denver, Colorado,**
**OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT, a federal agency within the U.S. Department of Interior**,

    Defendants,

and

**ARIZONA PUBLIC SERVICE COMPANY,**

    Intervenor-Defendant.
_____

## ORDER ON MOTION TO INTERVENE
_____

Kane, J.

This matter is before me on the Motion for Leave to Intervene (Doc. 14) filed by BHP Navajo Coal Company ("BHP") on October 9, 2007. Having carefully considered the Motion, related briefing, and all applicable legal authorities, including the Tenth Circuit's recent decision in *San Juan County, Utah v. United States*, ___ F.3d ___, 2007 WL 2838968 (10th Cir. Oct. 2, 2007), and being fully advised in the premises, I find BHP has demonstrated its right to intervene pursuant to Rule 24(a)(2) of the Federal

Rules of Civil Procedure. Accordingly, I GRANT BHP's Motion and authorize it to intervene as a defendant in this action. BHP may file the answer it submitted as Exhibit A to its Motion.

I encourage the parties to confer and seek agreement on the case management issues raised by Plaintiffs in response to BHP's Motion as part of their preparation of the proposed Scheduling and Discovery Order that is due on or before November 29, 2007. *See* Minute Order (Doc. 12) (Oct. 4, 2007). If the parties are not able to reach agreement on these issues, they will be addressed at the Scheduling Conference set for December 6, 2007.

IT IS SO ORDERED.

Dated this 16th day of November, 2007.

            s/John L. Kane
            John L. Kane, Senior District Judge
            United States District Court