IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-01475-JLK**

**DINE CITIZENS AGAINST RUINING OUR ENVIRONMENT,
SAN JUAN CITIZENS ALLIANCE**,

    Plaintiffs,

v.

**AL KLEIN, in his official capacity as Western Regional Director, Office of Surface Mining Reclamation and Enforcement, Denver, Colorado,
OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT, a federal agency within the U.S. Department of Interior**,

    Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Plaintiffs' Motion for Leave to File First Amended Complaint (doc. #29), filed December 21, 2007, is GRANTED. The First Amended Complaint (doc. #29-2) is accepted as filed.

    Defendant's Motion for Extension of Time to File an Answer or Otherwise Respond to Plaintiffs' First Amended Complaint (doc. #30), filed December 21, 2007, is GRANTED up to and including January 28, 2008.

Dated: December 27, 2007