IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01475-JLK

DINE CITIZENS AGAINST RUINING OUR ENVIRONMENT,
SAN JUAN CITIZENS ALLIANCE,

    Plaintiffs,
v.

AL KLEIN, in his official capacity as Western Regional Director, Office of Surface Mining Reclamation and Enforcement, Denver, Colorado, OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT, a federal agency within the U.S. Department of Interior,

    Defendants,
and

ARIZONA PUBLIC SERVICE COMPANY, and
BHP NAVAJO COAL COMPANY,

    Intervenors-Defendants.

_____

**ORDER**
_____

This matter having come before the Court on the Unopposed Motion By Defendants To Amend Scheduling Order (Docket No. 38), and for good cause shown, it is hereby

ORDERED that the Unopposed Motion By Defendants To Amend Scheduling Order (Docket No. 38) is GRANTED; and it is further

ORDERED that the Scheduling Order (Doc. 26), entered December 7, 2007, is hereby amended and shall provide as follows:

A. Section 6d:

The dispositive motions deadline is March 10, 2008.
The deadline for filing any response is March 31, 2008.
The deadline for filing any reply is April 15, 2008.

B. Section 8a:

| | |
|---|---|
| Submission of the Administrative Record: | February 25, 2008 |
| Dispositive motion(s): | March 10, 2008 |
| Response: | March 31, 2008 |
| Reply: | April 15, 2008 |

DATED this 25th day of January, 2008.

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE
Senior United States District Judge