IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-01475-JLK**

**DINE CITIZENS AGAINST RUINING OUR ENVIRONMENT,
SAN JUAN CITIZENS ALLIANCE**,

    Plaintiffs,

v.

**AL KLEIN, in his official capacity as Western Regional Director, Office of Surface Mining Reclamation and Enforcement, Denver, Colorado,
OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT, a federal agency within the U.S. Department of Interior**,

    Defendants,

**ARIZONA PUBLIC SERVICE and BHP NAVAJO COAL COMPANY,**

    Intervenors.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Plaintiffs' Unopposed Motion to Amend the Scheduling Order and Update the Parties' Merits Briefing Schedule (doc. #99), filed November 6, 2009, is GRANTED. Plaintiffs' Opening Brief is due December 15, 2009; Defendants' and Intervenors' Response Brief is due January 29, 2010; Plaintiffs' Reply Brief is due February 26, 2010.

Dated: November 10, 2009