IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-01475-JLK**

**DINE CITIZENS AGAINST RUINING OUR ENVIRONMENT,
SAN JUAN CITIZENS ALLIANCE**,

    Plaintiffs,

v.

**AL KLEIN, in his official capacity as Western Regional Director, Office of Surface Mining Reclamation and Enforcement, Denver, Colorado, and
OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT, a federal agency within the U.S. Department of Interior**,

    Defendants,

**ARIZONA PUBLIC SERVICE and BHP NAVAJO COAL COMPANY,**

    Intervenors.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    The parties' Joint Motion for Stay of Briefing Schedule (Doc. 163) is **GRANTED** and briefing on Plaintiff's Motion for Costs and Fees (Doc. 158) is **STAYED**. The parties shall file a status report by March 9, 2012, setting forth an accelerated briefing schedule for Plaintiff's Motion in the event a stipulated settlement agreement has not been filed.

_____

Dated: February 24, 2012.