IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1475-JLK**

**DINÉ CITIZENS AGAINST RUINING OUR ENVIRONMENT**,
**SAN JUAN CITIZENS ALLIANCE,**

    Plaintiffs,

v.

**AL KLEIN**, in his official capacity as Western Regional Director, Office of Surface Mining Reclamation and Enforcement, Denver, Colorado,
**OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT**, a federal agency within the U.S. Department of Interior,

    Defendants,

**ARIZONA PUBLIC SERVICE** and **BHP NAVAJO COAL COMPANY**,

    Intervenors.

MINUTE ORDER

**Judge John L. Kane ORDERS**

This matter is currently before me on the parties' Joint Motion for Stay of Briefing Schedule (Third) (doc. 167). Having reviewed the motion and finding good cause appearing, the motion is GRANTED and briefing on Plaintiff's Motion for Litigation Costs, Including Attorneys' Fees (doc. 158) is STAYED. The parties shall file either a joint stipulated agreement resolving the fee matter or a status report in the event settlement cannot be reached on or before March 30, 2012.

Dated: March 23, 2012