IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1475-JLK**

**DINÉ CITIZENS AGAINST RUINING OUR ENVIRONMENT**,
**SAN JUAN CITIZENS ALLIANCE,**

    Plaintiffs,

v.

**AL KLEIN**, in his official capacity as Western Regional Director, Office of Surface Mining Reclamation and Enforcement, Denver, Colorado,
**OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT**, a federal agency within the U.S. Department of Interior,

    Defendants,

**ARIZONA PUBLIC SERVICE** and **BHP NAVAJO COAL COMPANY**,

    Intervenors.

---

MINUTE ORDER

**Judge John L. Kane ORDERS**

This matter is currently before me on the parties' Fourth Joint Status Report and Motion for Stay of Briefing Schedule (doc. 169). Having reviewed the motion and finding good cause appearing, the motion is GRANTED.

It is ORDERED that briefing on Plaintiff's Motion for Litigation Costs, Including Attorneys' Fees (Doc. 158) is STAYED. The parties shall either file a joint stipulated agreement resolving the fee matter or a status report in the event settlement cannot be reached on or before April 13, 2012.

March 30, 2012