IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1475-JLK**

**DINÉ CITIZENS AGAINST RUINING OUR ENVIRONMENT**,
**SAN JUAN CITIZENS ALLIANCE,**

    Plaintiffs,

v.

**AL KLEIN**, in his official capacity as Western Regional Director, Office of Surface Mining Reclamation and Enforcement, Denver, Colorado,
**OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT**, a federal agency within the U.S. Department of Interior,

    Defendants,

**ARIZONA PUBLIC SERVICE** and **BHP NAVAJO COAL COMPANY**,

    Intervenors.

---

ORDER

---

Having reviewed the parties' Stipulation of Settlement (doc. 171) of Plaintiffs' Motion for Litigation Costs, Including Attorneys Fees (doc. 158), the parties' Stipulation for Settlement is hereby **ACCEPTED** and **GRANTED**. The Court will retain limited jurisdiction to ensure compliance with the stipulated agreement, and the Plaintiffs shall notify the Court on or before June 4, 2012 when the terms of the parties' agreement have been met, in accordance with the terms of the stipulation.

    Dated: April 3, 2012                                    BY THE COURT:

                                                                      **/s/ John L. Kane**
                                                                      Senior U.S. District Court Judge