IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1475-JLK**

**DINÉ CITIZENS AGAINST RUINING OUR ENVIRONMENT**,
**SAN JUAN CITIZENS ALLIANCE,**

    Plaintiffs,

v.

**AL KLEIN**, in his official capacity as Western Regional Director, Office of Surface Mining Reclamation and Enforcement, Denver, Colorado,
**OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT**, a federal agency within the U.S. Department of Interior,

    Defendants,

**ARIZONA PUBLIC SERVICE** and **BHP NAVAJO COAL COMPANY**,

    Intervenors.

---

ORDER
---

**Kane, J.**

This matter is currently before me on Plaintiffs' Motion to Relinquish Remaining Jurisdiction (doc. 173). Having reviewed this motion, and finding that the terms of the parties' stipulated agreement have been met, Plaintiff's motion is GRANTED and this matter is DISMISSED.

May 21, 2012　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　**/s/ John L. Kane**
　　　　　　　　　　　　　　　　　　　　　　　Senior U.S. District Court Judge